1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    CYMEYON V. HILL,                        Case No.  22-cv-04842-YGR (PR)

8            Plaintiff,
                                             **ORDER OF TRANSFER**
9         v.

10   DR. McGEFFEN, et al.,

11           Defendants.

12          Plaintiff, a civil detainee, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983

13   and a completed application for *in forma pauperis* status.  The acts complained of occurred at

14   California State Prison-Sacramento, which is located in the Eastern District of California, and it

15   appears that defendants reside in that district.  Venue, therefore, properly lies in that district and

16   not in this one.  *See* 28 U.S.C. § 1391(b).

17          Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

18   TRANSFERRED to the United States District Court for the Eastern District of California.  The

19   Clerk of the Court shall transfer the case forthwith.  All pending motions are TERMINATED on

20   this Court's docket as no longer pending in this district.

21          IT IS SO ORDERED.

22   Dated: August 29, 2022

23   _____

24   JUDGE YVONNE GONZALEZ ROGERS
     United States District Judge

25

26

27

28

*United States District Court*
*Northern District of California*